# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **DAVID MARK CRASS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 3:19-CV-448-PLR-DCP |
| v. | ) |
| | ) |
| **SEVIER COUNTY,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
CLERK OF COURT